2007–0877.   State ex rel. L.P. Cavett Co. v. Indus. Comm.
Franklin App. No. 06AP–345.

2007–0888.   State ex rel. DaimlerChrysler Corp. v. Indus. Comm.
Franklin App. No. 06AP–387, 2007-Ohio-1498.

2007–0896.   Knickerbocker Properties Inc. XLII v. Delaware Cty. Bd. of Revision.
Board of Tax Appeals, No. 2005–B–730.
   The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2007–0615.   Rhodes v. Hamilton Cty. Bd. of Revision.
Board of Tax Appeals, No. 2005–M–1098.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## May 31, 2007

[Cite as *05/31/2007 Case Announcements,* 2007-Ohio-2622.]

## MOTION AND PROCEDURAL RULINGS

2003–1572.   State ex rel. Howard v. Indus. Comm.
Franklin App. No. 97AP–860. On September 24, 2004, this court found appellant Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that appellant was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On May 29, 2007, appellant filed a motion for leave to file the attached memorandum in support of reconsideration of this court's denial of application for leave to file a valid action against Judge John F. Bender in this court, instanter,
   It is ordered by the court that the motion is denied.

2003–1572.   State ex rel. Howard v. Indus. Comm.
Franklin App. No. 97AP–860. On September 24, 2004, this court found appellant Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that appellant was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On May 24, 2007, appellant filed a motion for leave to file the attached memorandum in support of why this court should be held in contempt of court.
   It is ordered by the court that the motion is denied.

2006–1606.   State v. Jones.
Mahoning App. No. 05–MA–69, 2006-Ohio-3636. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County. Upon consideration of the joint motion of appellant state of Ohio and amicus curiae Ohio Attorney General Marc Dann to participate in oral argument,
   It is ordered by the court that the motion is granted, and the amicus curiae shall share the time allotted to appellant.

2006–1851.   State v. Jones.
Mahoning App. No. 05–MA–69, 2006-Ohio-3636. This cause is pending before the court on the certification of a conflict from the Court of Appeals for Mahoning County. Upon consideration of the joint motion of appellant state of Ohio and amicus curiae Ohio Attorney General Marc Dann to participate in oral argument,
   It is ordered by the court that the motion is granted, and the amicus curiae shall share the time allotted to appellant.

2007–0842.   State ex rel. Pesci v. Lucci.
Lake App. No. 2006–L–112, 2007-Ohio-1547. This cause is pending before the court as an appeal from the Court of Appeals for Lake County. Upon consideration of appellant's motion for appointment of counsel,
   It is ordered by the court that the motion is denied.